UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMIE L. MULLEN,

        Petitioner,        Case No. 1:13cv268

v.        Hon. Robert J. Jonker

J.P.MORGAN CHASE,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 23, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 23, 2013, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that Plaintiff's Notice of Removal (docket #10) is **STRICKEN** as improvidently filed within a pending federal action.

**IT IS FURTHER ORDERED** that plaintiff's related motions for this Court "to enforce exclusive jurisdiction over this case" (docket #14) and that this court notify the Calhoun County 10th District Court that this case has been removed to federal court (docket #20) is **DENIED.**

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED:  January 22, 2014.