UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROMIE L. MULLEN,

    Plaintiff,        Case No. 1:13cv268

v.                Hon. Robert J. Jonker

J.P. MORGAN CHASE,

    Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

  The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 7, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

  **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 7, 2014, is approved and adopted as the opinion of the court.

  **IT IS FURTHER ORDERED** that defendant's motion for dismissal of this action (docket #27) is **GRANTED**.

                /s/ Robert J. Jonker
                ROBERT J. JONKER
                UNITED STATES DISTRICT JUDGE

DATED: July 29, 2014.